# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Fallon J. Rogers           BK NO. 19-04684 RNO
       Michael W. Rogers

                                   Chapter 13

                     **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                     Respectfully submitted,

                                                     **/s/ James C. Warmbrodt, Esquire**
                                                     James C. Warmbrodt, Esquire
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA  19106
                                                    215-627-1322