```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                              Case No. 19-04684-RNO
Michael W Rogers                                    Chapter 13
Fallon J Rogers
        Debtors              **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke       Page 1 of 2          Date Rcvd: Jan 15, 2020
                            Form ID: ntcnfhrg     Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db/jdb         +Michael W Rogers,   Fallon J Rogers,   210 Crabapple Lane,   Bloomsburg, PA 17815-3208
5267532        +Berkheimer, for Scott twp/Central Columbia SD,   50 North Seventh Street,
                Bangor, PA 18013-1731
5283073         Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
5264783        +CitiBank,   PO Box 6500,   Sioux Falls, SD 57117-6500
5264784        +Columbia County Prothonotary,   35 W Main St,   Bloomsburg, PA 17815-1702
5264786        +Community Bank,   3152 NYS RTE 417,   Olean, NY 14760-1844
5279870        +Community Bank, N.A.,   P.O. Box 509,   Canton, NY 13617-0509
5264789        +Geisinger,   100 N Academy Ave,   Danville, PA 17822-0001
5264790        +H A Berkheimer,   50 N 7th St,   Bangor, PA 18013-1798
5264791        +JPMCB,   PO Box 15369,   Wilmington, DE 19850-5369
5274689        +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
5264793        +Morris Scott Esq,   425 Commerce Dr,   Suite 150,   Fort Washington, PA 19034-2727
5264797        +Penn Medicine,   PO Box 824406,   Philadelphia, PA 19182-4406
5264798        +PennyMac,   PO Box 514387,   Los Angeles, CA 90051-4387
5288789        +PennyMac Loan Services, LLC,   P.O. Box 2410,   Moorpark, CA 93020-2410
5264800        +Private National Mortgage,   PO Box 514387,   Los Angeles, CA 90051-4387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 21:02:01
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5264785        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2020 20:44:25     Comenity Bank,
                PO Box 182125,   Columbus, OH 43218-2125
5264787        +E-mail/Text: convergent@ebn.phinsolutions.com Jan 15 2020 20:45:24     Convergent,
                800 SW 39th St,   PO Box 9004,   Renton, WA 98057-9004
5264788         E-mail/Text: mrdiscen@discover.com Jan 15 2020 20:43:53     Discover Financial Services,
                PO Box 15316,   Wilmington, DE 19850
5266879         E-mail/Text: mrdiscen@discover.com Jan 15 2020 20:43:53     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5264792        +E-mail/Text: bncnotices@becket-lee.com Jan 15 2020 20:44:01     Kohls Department Store,
                PO Box 3115,   Milwaukee, WI 53201-3115
5264794        +E-mail/Text: Bankruptcies@nragroup.com Jan 15 2020 20:45:44     National Recovery Agency,
                2491 Paxton St,   Harrisburg, PA 17111-1036
5264795        +E-mail/PDF: pa_dc_claims@navient.com Jan 15 2020 20:48:35     Navient,   123 Justison St 3rd Fl,
                Wilmington, DE 19801-5363
5264799         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 20:49:39
                Portfolio Recovery,   120 Corporate Blvd,   Suite 100,   Norfolk, VA 23502
5280785         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 20:48:35
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk, VA 23541
5264796        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:11     Pay Pal,   PO Box 105658,
                Atlanta, GA 30348-5658
5264801        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:11     Synchchrony Bank,   PO Box 965005,
                Orlando, FL 32896-5005
5265942        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:14     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5285333         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 15 2020 20:48:47     Verizon,
                by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
5264802        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 15 2020 20:43:47
                Verizon Wireless,   PO Box 26055,   Minneapolis, MN 55426-0055
                                                              TOTAL: 15


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5279871*       +Community Bank, N.A.,   P.O. Box 509,   Canton, NY 13617-0509
5274858*       +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Robert  Spielman   on behalf of Debtor 1 Michael W Rogers bobspielman@yahoo.com,
           rssecty@yahoo.com
          Robert  Spielman   on behalf of Debtor 2 Fallon J Rogers bobspielman@yahoo.com,  rssecty@yahoo.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                     TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael W Rogers,

**Debtor 1**

Fallon J Rogers,

**Debtor 2**

Chapter          13

Case No.          5:19−bk−04684−RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 4, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 15, 2020 |

ntcnfhrg (03/18)