Rev. 03/01/13

# LOCAL BANKRUPTCY FORM 3015-3(a)

## United States Bankruptcy Court
### Middle District of Pennsylvania

In re **Michael W Rogers / Fallon J Rogers** Debtor(s)

Case No. **5:19-bk-04684**
Chapter **13**

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, **Michael W Rogers**, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on **March 4, 2020**.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: **February 24, 2020**　　BY: **/s/ Robert Spielman**
　　　　　　　　　　　　　　　　　　**Robert Spielman**
　　　　　　　　　　　　　　　　　　Counsel for Debtor

DATED: **February 24, 2020**　　BY: **/s/ Michael W Rogers**
　　　　　　　　　　　　　　　　　　**Michael W Rogers**
　　　　　　　　　　　　　　　　　　Debtor

Rev. 03/01/13

## LOCAL BANKRUPTCY FORM 3015-3(a)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Michael W Rogers / Fallon J Rogers**  Case No. **5:19-bk-04684**
Debtor(s)  Chapter **13**

### CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, **Fallon J Rogers**, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on **March 4, 2020.**

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: **February 24, 2020**  BY: **/s/ Robert Spielman**
 **Robert Spielman**
 Counsel for Debtor

DATED: **February 24, 2020**  BY: **/s/ Fallon J Rogers**
 **Fallon J Rogers**
 Debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 5:19-bk-04684-RNO  Doc 25  Filed 02/24/20  Entered 02/24/20 08:32:22  Desc
Main Document  Page 2 of 2