United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 19-04684-MJC

Michael W Rogers                                                   Chapter 13

Fallon J Rogers

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 3

Date Rcvd: Nov 20, 2024            Form ID: 3180W            Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michael W Rogers, 2890 Skatetown Rd., Bloomsburg, PA 17815-3261 |
| jdb | + | Fallon J Rogers, 210 Crabapple Lane, Bloomsburg, PA 17815-3208 |
| 5267532 | + | Berkheimer, for Scott twp/Central Columbia SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5264784 | + | Columbia County Prothonotary, 35 W Main St, Bloomsburg, PA 17815-1702 |
| 5264793 | + | Morris Scott Esq, 425 Commerce Dr, Suite 150, Fort Washington, PA 19034-2727 |
| 5264800 | + | Private National Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Nov 20 2024 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5264790 | | Email/Text: dltlegal@hab-inc.com | Nov 20 2024 18:41:00 | H A Berkheimer, 50 N 7th St, Bangor, PA 18013 |
| 5264786 | | Email/Text: CantonRecoveryGroup@cbna.com | Nov 20 2024 18:41:00 | Community Bank, 3152 NYS RTE 417, Olean, NY 14760 |
| 5283073 | | Email/PDF: bncnotices@becket-lee.com | Nov 20 2024 18:49:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5264783 | + | EDI: CITICORP | Nov 20 2024 23:43:00 | CitiBank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5264785 | + | EDI: WFNNB.COM | Nov 20 2024 23:43:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 5279870 | + | Email/Text: CantonRecoveryGroup@cbna.com | Nov 20 2024 18:41:00 | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 5264787 | + | EDI: CONVERGENT.COM | Nov 20 2024 23:43:00 | Convergent, 800 SW 39th St, PO Box 9004, Renton, WA 98057-9004 |
| 5264788 | | EDI: DISCOVER | Nov 20 2024 23:43:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 5266879 | | EDI: DISCOVER | Nov 20 2024 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5264789 | ^ | MEBN | Nov 20 2024 18:40:23 | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5264791 | | EDI: JPMORGANCHASE | Nov 20 2024 23:43:00 | JPMCB, PO Box 15369, Wilmington, DE 19850 |
| 5274689 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 20 2024 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5264792 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 20 2024 18:41:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5264794 | + | Email/Text: Bankruptcies@nragroup.com | | |
| | | | Nov 20 2024 18:41:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5264795 | + | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Nov 20 2024 18:49:51 | Navient, 123 Justison St 3rd Fl, Wilmington, DE 19801-5363 |
| 5264799 | | EDI: PRA.COM | | |
| | | | Nov 20 2024 23:43:00 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 5280785 | | EDI: PRA.COM | | |
| | | | Nov 20 2024 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5264796 | + | EDI: SYNC | | |
| | | | Nov 20 2024 23:43:00 | Pay Pal, PO Box 105658, Atlanta, GA 30348-5658 |
| 5264797 | ^ | MEBN | | |
| | | | Nov 20 2024 18:40:21 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 5264798 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Nov 20 2024 18:49:45 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5288789 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Nov 20 2024 18:49:54 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5264801 | + | EDI: SYNC | | |
| | | | Nov 20 2024 23:43:00 | Synchchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 5265942 | ^ | MEBN | | |
| | | | Nov 20 2024 18:40:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5285333 | | EDI: AIS.COM | | |
| | | | Nov 20 2024 23:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5264802 | + | EDI: VERIZONCOMB.COM | | |
| | | | Nov 20 2024 23:43:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 5279871 | *+ | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 5274858 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Robert Spielman | on behalf of Debtor 1 Michael W Rogers bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| Robert Spielman | on behalf of Debtor 2 Fallon J Rogers bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| Robert P. Sheils, III | on behalf of Creditor Community Bank  N.A. RSheilsIII@SheilsLaw.com, tvelez@sheilslaw.com;rmcdonald@sheilslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| | | |
|---|---|---|
| Debtor 1 | **Michael W Rogers** | Social Security number or ITIN    xxx–xx–4317 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| Debtor 2 | **Fallon J Rogers** | Social Security number or ITIN    xxx–xx–7592 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   __–_____ |
| United States Bankruptcy Court    Middle District of Pennsylvania | | |
| Case number:    5:19–bk–04684–MJC | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael W Rogers

Fallon J Rogers

**By the court:**

11/20/24

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**