IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Fallon J. Rogers<br>Michael W. Rogers<br>**Debtors**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>Movant<br>vs.<br><br>Fallon J. Rogers<br>Michael W. Rogers<br>**Debtors**<br><br>Jack N. Zaharopoulos, Esq.<br>**Trustee** | BK NO. 19-04684 MJC<br><br>Chapter 13<br><br>Related to Claim No. 11-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 19, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Fallon J. Rogers
210 Crabapple Lane
Bloomsburg, PA 17815

Michael W. Rogers
210 Crabapple Lane
Bloomsburg, PA 17815

Attorney for Debtors
Robert Spielman, Esq.
29 East Main Street (VIA ECF)
Bloomsburg, PA 17815-1485

Trustee
Jack N. Zaharopoulos , Esq.
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail

Dated: September 19, 2022

                   **/s/Rebecca A. Solarz, Esquire**
                   Rebecca A. Solarz, Esquire
                   Attorney I.D. 315936
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106
                   215-825-6327
                   rsolarz@kmllawgroup.com